JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. BURNS,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK F.A., CALIFORNIA RECONVEYANCE COMPANY, and as Trustee for WASHINGTON MUTUAL BANK, FA; BAYVIEW, CIRAS, INC., all person claiming to have legal, equitable, lien, and estate against the subject property located at 1417 W. 127th Street, Los Angeles, CA 90047 Does 1 to50,<br><br>Defendants. | CASE NO.: 09-CV3360-MLR (MANx)<br><br>JUDGE: Hon. Manuel L. Real<br><br>[~~PROPOSED~~] ORDER RE MOTION TO DISMISS COMPLAINT<br><br>Action Filed: March 11, 2009 |

Having come on regularly for hearing on June 15, 2009, in Courtroom 8 of the above-captioned court, Defendant JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as Receiver ("JPMorgan") appeared regarding its unopposed Motion to Dismiss ("Motion to Dismiss") the Complaint of plaintiff Richard C. Burns ("Plaintiff"). Plaintiff did not appear.

///

1

Having read and considered the papers filed regarding this matter, and having no opposition from, or appearance by Plaintiff, the Court hereby orders as follows:

### ORDER

GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. JPMorgan's Motion to Dismiss the complaint of Plaintiff Richard Burns is GRANTED;

2. This case, bearing number 09-CV3360, is hereby DISMISSED, with prejudice.

IT IS SO ORDERED.

NOV. 16, 2009
DATE

JUDGE OF THE UNITED STATES DISTRICT COURT

2020401.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
*Richard Burns v. JPMorgan Chase*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 633 W. Fifth Street, Suite 1100, Los Angeles, CA 90071.**

On June 16, 2009, I served the foregoing document described as **[PROPOSED] ORDER RE MOTION TO DISMISS COMPLAINT** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 633 W. Fifth Street, Suite 1100, Los Angeles, California 90071. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or FedEx Drop Box located at 633 W. Fifth Street, Los Angeles, California 90071. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on June 16, 2009, at Los Angeles, California.

Rhea I. Weng

1

2020401.1